Coffman's Estate. No. 2

96

98

*Walter Lee Sheppard*, for exceptant.

*Harry J. Gerber, Edwin J. McDermott* and *John F. E. Hippel* of *Edmonds, Obermayer & Rebmann*, contra.

SINKLER, J., December 31, 1937.—The arguments presented in behalf of the exceptant fail to convince us that the auditing judge erred.

The exceptions are dismissed and the adjudication is confirmed absolutely.